George C. Schmitz, appellee, v. Walgreen Company, appellant. Gen. No. 37,018.

Opinion filed October 16, 1934.
Markheim & Allie, for appellant; · Harry Markheim and A. R. Miller, of counsel. Packard, Barnes, McCaughey & Schumacher, for appellee; George Packard and Russell J. McCaughey, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. Alex Rivlin et al., respondents. Lina Singer, plaintiff in error. Gen. No. 37,271.

Opinion filed October 16, 1934. Rehearing denied October 29, 1934.
Simon Herr and Martin O. Weisbrod, for plaintiff in error; Michael A. Romano, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; John F. Cashen, Jr., of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. James Pacente, Jr. et al., respondents. James Pacente, Jr., plaintiff in error. Gen. No. 37,294.

Opinion filed October 16, 1934.
Barrett, Barrett, Costello & Barrett, for plaintiff in error; Edward L. Hoyer, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; John F. Cashen, Jr., of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Willie Bell, appellee, v. City of Chicago, appellant. Gen. No. 37,483.

Opinion filed October 16, 1934.
William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Quin O'Brien and James Danaher, Assistant Corporation Counsel, and Lionel J. Berc, Assistant City Attorney, of counsel. Augustine J. Bowe and William J. Bowe, for appellee; John D. Casey, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.